### 18780. REECE *v.* THE STATE.

DUCKWORTH, Chief Justice. The Supreme Court of the United States having reversed on December 5, 1955, the decision and judgment of this court in *Reece* v. *State,* 211 *Ga.* 339 (85 S. E. 2d 773), it is hereby ordered that the judgment of the Supreme Court of the United States be and the same is hereby made the judgment of this court; and in consequence thereof the judgment of the Superior Court of Cobb County is

*Reversed. All the Justices concur.*

*Daniel Duke,* for plaintiff in error.

*Luther C. Hames, Jr.,* Solicitor-General, *Eugene Cook,* Attorney-General, *Rubye G. Jackson, Joan Larsen,* contra.